**Alexis BARRERA–ECHAVARRIA, Petitioner–Appellee,**

v.

**Richard H. RISON, Warden, Respondent–Appellant.**

**No. 93–56682.**

United States Court of Appeals, Ninth Circuit.

Sept. 9, 1994.

*ORDER*

WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.